

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant State Superintendent
Department of Education
Austin, Texas

Dear Sir:

        Opinion No. O-1035
        Re: Does the Division of Equaliza-
        tion have authority to accept
        tuition reports after June
        15th and consider same for
        payment out of the Equaliza-
        tion Fund?

        This will acknowledge receipt of your letter of re-
quest made June 22, 1939, which request is as follows:

>         "During the administration of the
> previous Attorney General, there was a rul-
> ing given from his office to the effect that
> late tuition applications — that is, appli-
> cations which were submitted to the Department
> of Education after June 15th, as set
> forth in the Equalization Law — could be ac-
> cepted for consideration. Since there has
> been some controversy on this question, we
> should like to have your opinion as to wheth-
> er or not the Division of Equalization has
> the authority to accept tuition reports after
> June 15, and consider these reports for pay-
> ment out of the Equalization Fund."

        In reply to the above request this to advise that
this department has heretofore held on the identical question
in an opinion by H. L. Williford, Assistant Attorney General,
dates September 14, 1938, addressed to Senator Clay Cotten, as
follows:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"I am, therefore, of the opinion the
statutory provisions above referred to are
directory, and that if the director of
equalization received the application
and supporting data called for in such
statute within time sufficient to dis-
charge his duty in making apportionment
of State aid money, that such director
is empowered and authorized to approve
such application and appropriate state
aid money for such school on account of
transfers into such schools from outly-
ing districts. "

Mr. Williford's opinion above referred to and
quoted from is full and covers the point in question, and
in view of the fact that we agree with such holding, we see
no necessity for the writing of a further opinion thereon.

                              Yours very truly

                          ATTORNEY GENERAL OF TEXAS

                    By

                              George S. Berry
                                 Assistant

APPROVED JUL 5, 1939
W. F. Moore /s/
First Assistant
Attorney General

GSB-MR